21-10918 Alex and Ani, LLC
6/11/2021

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Jessica | Simon | Forbes and Macerich | Ballard Spahr LLP |
| Josh | Urban | Debtors / Trial Support | Kirkland & Ellis |
| Judge | Goldblatt | court | |
| Andrea | Mitchell | Mitchell Family Office | |
| David | BUCHBINDER | United States Trustee | Office of the United States Trustee |
| Matthew | Ray | Alex and Ani, LLC | Portage Point |
| Beth | Friedman | debtors | KCC |
| Jeremy | Merkin | N/A - Observing | Lowenstein Sandler LLP |
| Brian | Bolin | LC A&A | Paul Weiss |
| Guest | Guest | Debtors | |
| Sally | Veghte | Debtors | Klehr Harrison Harvey Branzburg LLP |
| Domenic | Pacitti | Debtors | Klehr Harrison |
| Marc | Roitman | Restructuring Committee of the Board of Managers of A and A Shareholding Co., LLC, comprised of Lawrence H. Meyer & Scott Burger | Katten Muchin Rosenman LLP |
| Demitra | Laletas | Court | |
| Mort | Branzburg | Debtors | Klehr Harrison Harvey Branzburg LLP |
| Allison | Mielke | LC A&A | Young Conaway |
| Adam | Gorman | Kurtzman Carson Consultants (Debtors Claims Agent, Non-Attorney) | Kurtzman Carson Consultants |
| Zachary | Schnapp | Debtors | Klehr Harrison Harvey Branzburg LLP |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Mark | Indelicato | Hahn & Hessen LLP | Hahn & Hessen LLP |
| David | Horowitz | Debtors | Kirkland & Ellis |
| Pauline | Morgan | LC A&A | Young Conaway |
| David | Cook | Interested Party | |
| Becky | Yerak | Wall Street Journal | |
| Joshua | Sussberg | Debtors | Kirkland & Ellis |
| Law | Clerk | court | court |
| Allyson | Smith | Debtors | Kirkland & Ellis |
| Ryan | Martin | CCM | |
| Carrie | Oppenheim | Debtors | Kirkland & Ellis LLP |
| Sharmeen | Khan | Advisor | FTI Consulting |
| Gavin | Campbell | Debtors | Kirkland & Ellis |
| Miles | Taylor | Bankr. Ct. | |
| Gabriel | Sasson | Interested party | Stroock & Stroock & Lavan LLP |
| Jeffrey | Kaplan | BCAS | BCAS |
| Gilbert | Saydah | Interested Party | Montgomery McCracken |
| Joonam | Hwang | N/A | CohnReznick |
| Grace | Hotz | LC A&A | Paul Weiss |
| Elizabeth | McColm | LC A&A | Paul Weiss |
| Jonathan | Wernick | Potential Unsecured Creditor Committee | B. Riley Advisory Services |

| | | | |
|---|---|---|---|
| Ted | Gavin | Gavin/Solmonese LLC | Gavin/Solmonese LLC |
| Bradford | Sandler | Interested Party | Pachulski Stang Ziehl & Jones LLP |
| Sean | Hansen | FTI Consulting | |
| Ronald | Tucker | Simon Property Group | |
| Sean | Greecher | LC A&A | Young Conaway |
| Alexandra | Schwarzman | Debtors | Kirkland & Ellis |
| Taylor | Harrison | Debtwire | |
| Michael | Yurkewicz | Debtors | Klehr Harrison Harvey Branzburg |
| Janine | Figueiredo | Hahn & Hessen LLP | Hahn & Hessen LLP |
| Robert | Trabucco | Debtors | |
| Zach | Shapiro | Interested Party | Richards, Layton & Finger, P.A. |
| Uday | Gorrepati | N/A (ABI Project) | |
| David | Wender | Wilmington Trust | Alston & Bird |
| Margaret | Vesper | Various Landlords | Ballard Spahr |
| David | Reinhart | Hahn & Hessen LLP | Hahn & Hessen LLP |
| Ryan | Mersch | Debtors | Portage Point Partners |
| Destiney | Parker-Thompson | Court | |
| Nancy | Bello | unknown / observing | Kramer Levin |
| Nitzan | Halperin | Debtors | Kirkland & Ellis LLP |
| Michael | Tomback | Reorg Research | |
| Elizabeth | Lally | PayPal | Goosmann Law Firm |
| Jeff | Montgomery | Law360/Portfolio Media | |
| Paul | Basta | LC A&A | Paul Weiss |
| Paul | Harner | Observing | Sheppard Mullin LLP |
| Lara | Luo | Debtors | Kirkland & Ellis LLP |