ERNIE ZACHARY PARK, State Bar #82616
BEWLEY, LASSLEBEN & MILLER, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602-1797
(562) 698-9771; (562) 309-8063 Fax
Ernie.park@bewleylaw.com

Attorneys for Creditor
THE IRVINE COMPANY LLC,
a Delaware limited liability company

FILED

2021 JUN 22 AM 8:53

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re

ALEX AND ANI, LLC,

    Debtor.

CASE NO. 21-10918-CTG

Chapter: 11

NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS

    Please enter my appearance as attorney for The Irvine Company LLC, a Delaware limited liability company, creditors and parties-in interest in the above-captioned matter.

    Pursuant to Bankruptcy Rules 2002 (g), 2015(c), and 3017(a), the undersigned request that he receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served

///

///

///

///

upon the following:

Ernie Zachary Park

BEWLEY, LASSLEBEN & MILLER, LLP

13215 E. Penn St., Suite 510

Whittier, CA 90602

(562) 698-9771; (562) 309-8063 Fax

ernie.park@bewleylaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telex, telecopy, facsimile or otherwise, which affects the debtor or the property of the debtor. The undersigned consents to electronic service.

Date: June 15, 2021

BEWLEY, LASSLEBEN & MILLER, LLP

By:_____
Ernie Zachary Park
Attorneys for Creditor The Irvine Company LLC, a Delaware limited liability company

**PROOF OF SERVICE**
Code of Civil Procedure §§1013(a), 2015.5

FILED 2021 JUN 22 AM 8: 53
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 13215 E. Penn Street, Suite 510, Whittier, CA 90602.

On June 15, 2021, I served the foregoing document(s) described as NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Domenic E. Pacitti<br>Michael W. Yurkewicz<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 | U.S. Trustee<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 |
| David L. Buchbinder<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | |

☒ **[BY U.S. MAIL]** The envelope was mailed with postage thereon fully paid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Whittier, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\*    Executed on June 15, 2021, at Whittier, California.

☒         (State)        I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐         (Federal)      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*K. Ibarra*
K. Ibarra

**BEWLEY, LASSLEBEN & MILLER, LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
SUITE 510 WHITTIER SQUARE
13215 EAST PENN STREET
WHITTIER, CALIFORNIA 90602-1797

E-Mail: Ernie.Park@Bewleylaw.com

(562)698-9771
(323)723-8062
(714)994-5131
FACSIMILE (562)696-6357

FILED
2021 JUN 22 AM 8:53
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

J. TERRENCE MOOSCHEKIAN
ERNIE ZACHARY PARK*
RICHARD L. DEWBERRY*
KEVIN P. DUTHOY
JOSEPH A. VINATIERI
JASON C. DEMILLE
LEIGHTON M. ANDERSON
MICHAEL T. LEBEAU
DAVID A. BRADY
PATRICIA VERDUGO
WALTER PEÑA

*A PROFESSIONAL CORPORATION

J. TERRENCE MOOSCHEKIAN
CERTIFIED SPECIALIST,
TAXATION LAW
CALIFORNIA BOARD OF
SPECIALIZATION

THOMAS W. BEWLEY
(1903-1986)

WILLIAM M. LASSLEBEN, JR.
(1923-2013)

EDWARD L. MILLER
RETIRED 2012

JEFFREY S. BAIRD
RETIRED 2016

WRITER'S DIRECT FAX NUMBER
(562) 309-8063

June 15, 2021

United States Bankruptcy Court
District of Delaware
824 Market ST N
3rd Floor
Wilmington, DE 19801

Re: Irvine (Fashion Island) v. Alex and Ani
In Re Alex and Ani, LLC
Bankruptcy Case No. 21-10918-CTG

Dear Sir/Madam:

I enclose herewith, in connection with the above-referenced matter, an original and photocopy of the Notice of Appearance and Request for All Notice and Pleadings. Please process and return to us a conformed photocopy of the same in the self-addressed stamped envelope included. Thank you.

Very truly yours,

BEWLEY, LASSLEBEN & MILLER, LLP

Karla Ibarra,
For Ernie Zachary Park

Encls.