

**VERIFICATION OF PUBLICATION**

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Friday, September 3, 2021**, the following legal advertisement – **ALEX AND ANI**– was published in the national edition of **USA TODAY.**

Vanessa Salvo

Principal Clerk of USA TODAY
September 7, 2021

# Dodgers finally playing like champs

Gabe Lacques
USA TODAY

To call it inevitable now would be dishonest.

The Dodgers were in real jeopardy of failing to win the National League West, despite a relative super team assembled with a $275 million payroll, despite MVPs spilling out of the dugout like Hall of Famers crammed into a clown car, despite sporting so much depth they more or less ensured one All-Star a night would find himself parked on the bench.

Now that they are here, finally climbing atop the unsinkable Giants to claim first place for the first time since April 28, there truly is a sense they will never look back.

Certainly, the final month of the season will see the Giants and Dodgers bob above and beneath the surface and perhaps exchange the West lead multiple times. It may play out that way this weekend at Oracle Park, where the Giants host a three-game series that had the looks of a showdown but now feels more like a requiem for the home team.

Yes, the Dodgers are those dudes, winners of 18 of their last 22 games and methodically erasing a divisional deficit that was five games as recently as Aug. 13, a hole that actually deepened in the two weeks after they stunned the industry with a trade-deadline haul that included All-Stars Max Scherzer and Trea Turner.

Now? There's a good chance the Dodgers may, in fact, be unstoppable, not just now but all the way through October. Here's why:

● It's been nearly two months since what we might call Scherzer's nadir, a mind-boggling 3 ⅔-inning debacle in which Mad Max blew most of an 8-0 lead and suffered the indignity of yielding a grand slam to Padres relief pitcher Daniel Camarena.

Scherzer hasn't lost since.

Including his final start with the Nationals – a showcase of sorts, since he'd missed a turn with a minor triceps issue – Scherzer has been money, posting a 1.32 ERA, yielding a .505 OPS against, striking out 55 against eight walks.

● Slugging first baseman Max Muncy, who may become the first waiver claim to win an MVP award, is now tied atop the NL leaderboard with Fernando Tatis Jr. in Wins Above Replacement, which may prove a significant tiebreaker come voting time if Tatis' Padres miss the playoffs. While Muncy's 30 homers are six fewer than Tatis' 36, a deeper look at Muncy's numbers reveal he's morphed into what we might call the perfect hitter.

● Should the Dodgers win the World Series, the jewelry bill may be a bit more exorbitant. After all, even Kevin Quackenbush will get a championship ring – glittery thanks for that one-third of an inning he contributed to the cause.

But sometimes, that's what it takes to build a better bullpen — throwing as many arms at the wall as possible to see what sticks. In 2021, with pitchers coming off a truncated and arrhythmic 2020 season, a wide casting call was all the more important.

And so the Dodgers have trotted out 37 pitchers this year – yeah, that's the equivalent of three entire staffs – to take down innings. And after months of injuries (Dustin May, Tony Gonsolin, Clayton Kershaw), insolence (Trevor Bauer) and ignominy (Justin Turner, one inning), the Dodgers have arrived at a very good place with their staff.

Even if Kershaw fails to come all the way back from an elbow injury – or can only provide limited servings of innings – the trinity of Walker Buehler, Scherzer and Julio Urias gives them a significant edge on any staff this side of Milwaukee.

Yet come October, relief can matter almost as much. And the Dodgers have stumbled upon an enticing mix, starting with Kenley Jansen. Veterans Blake Treinen (0.93 WHIP) and Joe Kelly (1.06) are punching out more than 10 batters per nine in setup situations. But it's the emergence of rookies Alex Vesia and Phil Bickford who lengthen this group and could provide sufficient cover into October.

## SPORTS HOT TAKES

### McCarthy on Newton

The Cowboys held their first regular-season practice Thursday in Frisco, Texas. Cam Newton, the 2015 NFL MVP, was not among them. Nor will he be in the imminent future, head coach Mike McCarthy intimated. "To sit here and talk about any of the players not on our roster, I don't think there's really anything that's beneficial that comes out of that for us," he said of Newton, a free agent after the Patriots released him Tuesday. "But Cam, I've had a chance to compete against Cam, chance to watch some of his tape in New England. I still think he has a ton of football left. But we're very excited about the group that we have." Dak Prescott leads the position room, fifth-year veteran Cooper Rush the front-runner to back him up. – Jori Epstein

### Barty advances at Open

No. 1 seed Ash Barty, who won Wimbledon in July, won in two sets Thursday to get to the third round of the US Open in women's singles.
– The Associated Press

# Larson sees playoffs as just another step

Kelly Crandall
RACER magazine | USA TODAY Network

Kyle Larson has a very business-as-usual mindset for the next 10 weeks, despite being the most important part of the NASCAR Cup Series season.

Larson enters the postseason as the No. 1 seed and is considered the favorite for the title. Doing so is "cool," Larson said, and a nice accomplishment for his Hendrick Motorsports team. But Larson also acknowledges that a lot can happen in the next 10 weeks, and the favorite doesn't always win.

"So, I don't think we need to put any more pressure on ourselves or anything like that," Larson said. "Just go out there and keep trying to execute like we've been doing all season long, and hopefully it'll all work itself out."

This is a new position for Larson, yet he's not fazed or stressed about it.

"No, not at all," Larson said. "I haven't really thought much about it. I think you just take it week by week and just do a good job on the weekends. If you have a bad week, you're always looking forward to the next race. I'm not looking forward to Phoenix at all yet."

Larson has been dominant. Five wins and 1,566 laps led helped Larson charge to the regular-season championship over Denny Hamlin in the final few weeks.

The summer months were the best Larson has ever had in the Cup Series. Larson took three straight wins in Charlotte, Sonoma and Nashville, plus the All-Star Race in Texas. In that stretch, he led 665 laps.

**NASCAR Xfinity Series**
**Sport Clips Haircuts VFW Help A Hero 200**

TV: 3:30 p.m. ET Saturday, NBCSN

**Formula 1**
**Dutch Grand Prix**

TV: 9 a.m. ET Sunday, ESPN

**NASCAR Camping World Truck Series**
**In It To Win It 200**

TV: 1:30 p.m. ET Sunday, FS1

**NASCAR Cup Series**
**Cook Out Southern 500**

TV: 6 p.m. ET Sunday, NBCSN

## AUCTION SHOWCASE

For advertising information: 1.800.397.0070 www.russelljohns.com/usat

**Rare Opportunity!**
**2 Warehouse Buildings In Prime Locations!**

**Columbus, OH & Dayton, OH**
**Live On-Site Auction With Online Bidding Available For Both Auctions**

**AUCTION #1: 81,000 SF Building/Warehouse On 8 Acres**
Super Clean – Built In 1996 – Zoned Z95-118 Manufacturing, LM
Leased – Greater Hilltop Area – Near I-270, I-70 & SR 40 - Columbus, OH
Absolute auction, all sells to the highest bidders.
**AUCTION #1 LOCATION: 4395 CLIME RD., COLUMBUS, OH 43228**
**WEDNESDAY – SEPTEMBER 22, 2021 – 11:00 AM**

**AUCTION #2: 81,000 SF Building/Warehouse On 9 Acres**
Super Clean – Built In 1999 – Zoned Planned Dev. Business District
Leased – Located 1 Mile East Of The Dayton Mall
Near I-675 I-75 & SR 48, & SR 741 - Dayton, OH
**AUCTION #2 LOCATION:**
**480 MIAMISBURG-CENTERVILLE RD., DAYTON, OH 45459**
**WEDNESDAY – SEPTEMBER 22, 2021 – 2:00 PM**

**Visit www.kikoauctions.com for more details.**

KIKO

**AUCTION BY ORDER OF:** Nation Land Company LLC
**AUCTIONEERS/REALTORS:** Peter R. Kiko Sr., 330-703-5996 or peter@kikocompany.com, Kristen Kiko, 330-234-7110 or kristen@kikocompany.com, and Richard Kiko Jr.
**KIKO Auctioneers • (330) 455-9357 • www.kikoauctions.com**

NAA
Auctioneer
MEMBER

MAKE SURE YOUR AUCTION PROFESSIONAL IS A MEMBER

Find An Auctioneer at Auctioneers.org

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070 www.russelljohns.com/usat

### NOTICES

### LEGAL NOTICE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: ALEX AND ANI, *et al.*,[1] Debtors. ) Chapter 11, Case No. 21-10918 (CTG) ) (Jointly Administered)

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN FILED BY THE DEBTORS AND RELATED VOTING AND OBJECTION DEADLINES**

**PLEASE TAKE NOTICE THAT** on August 20, 2021, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (the "Disclosure Statement Order"), (a) authorizing Alex and Ani, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors"), to solicit acceptances for the *First Amended Joint Plan of Reorganization of Alex and Ani, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (as modified, amended, or supplemented from time to time, the "Plan");[2] (b) approving the *Disclosure Statement for the First Amended Joint Plan of Reorganization of Alex and Ani, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider Confirmation of the Plan (the "Confirmation Hearing") will commence on **September 22, 2021 at 1:00 p.m.** prevailing Eastern Time, before the Honorable Craig T. Goldblatt, in the United States Bankruptcy Court for the District of Delaware, located at located at 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

**Please be Advised: The Confirmation Hearing may be continued from time to time by the Court or the Debtors without further notice other than by such adjournment being announced in open court or by a Notice of Adjournment Filed with the Court and served on all parties entitled to notice.**

**CRITICAL INFORMATION REGARDING VOTING ON THE PLAN**

**Voting Record Date**. The voting record date is **August 13, 2021** (the "Voting Record Date"), which is the date for determining which holders of Claims in Classes 3, 4, and 5 are entitled to vote on the Plan; *provided* that the Voting Record Date for holders of Claims in Class 3 shall be the date that is seven (7) Business Days after the Court enters an order approving the Settlement.

**Voting Deadline**. The deadline for voting on the Plan is on **September 14, 2021, at 4:00 p.m.** prevailing Eastern Time (the "Voting Deadline"). If you received a Solicitation Package, including a Ballot and intend to vote on the Plan you **must**: (a) follow the instructions carefully; (b) complete **all** of the required information on the ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is **actually received** by the Debtors' Solicitation Agent, Kurtzman Carson Consulting, LLC (the "Solicitation Agent") on or before the Voting Deadline. **A failure to follow such instructions may disqualify your vote**.

**CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN**

**Article IX of the Plan contains Release, Exculpation, and Injunction provisions, and Article IX contains a Third-Party Release. Thus, you are advised to review and consider the Plan carefully because your rights might be affected thereunder.**

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to the Plan is **September 14, 2021, at 4:00 p.m.** prevailing Eastern Time (the "Plan Objection Deadline"). Any objection to the Plan **must**: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state, with particularity, the basis and nature of any objection to the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection; and (d) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so as to be **actually received** on or before **September 14, 2021, at 4:00 p.m.** prevailing Eastern Time: (i) **Debtors:** Alex and Ani, LLC, 10 Briggs Drive, East Greenwich, RI 02818, Attn.: Robert Trabucco, CRO; (ii) **Counsel to the Debtors:** Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C., Allyson B. Smith -and- Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Alexandra Schwarzman -and- Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, Delaware 19801, Attn: Domenic E. Pacitti, Michael W. Yurkewicz, Sally E. Veghte; (iii) **Counsel to the Consenting Sponsor:** Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 6th Avenue, New York, New York 10019, Atten: Paul M. Basta, Elizabeth R. McColm, Grace Hotz -and- Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, Attn.: Pauline K. Morgan, Sean Greecher; and (iv) **United States Trustee:** Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn.: David Buchbinder.

**ADDITIONAL INFORMATION**

**Obtaining Solicitation Materials**. The materials in the Solicitation Package are intended to be self-explanatory. If you should have any questions or if you would like to obtain additional solicitation materials (or paper copies of solicitation materials if you received a CD-ROM or flash drive), please feel free to contact the Debtors' Solicitation Agent, by: (a) calling the Debtors' restructuring hotline at (888) 733-1434 (**Domestic**) or (310) 751-2633 (**International**); (b) visiting the Debtors' restructuring website at: https://www.kccllc.net/alexandani; (c) writing to Alex and Ani, LLC Ballot Processing, c/o Kurtzman Carson Consulting, LLC, 222 N. Pacific Coast, Highway, Ste 300, El Segundo CA 90245; and/or (d) emailing AlexandAniInfo@kccllc.com. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.deb.uscourts.gov. Please be advised that the Solicitation Agent is authorized to answer questions about, and provide additional copies of, solicitation materials, but may **not** advise you as to whether you should vote to accept or reject the Plan.

**Filing the Plan Supplement**. The Debtors will file the Plan Supplement (as defined in the Plan) on or before seven days prior to the Plan Objection Deadline and will serve notice on all holders of Claims entitled to vote on the Plan, which will: (a) inform parties that the Debtors filed the Plan Supplement; (b) list the information contained in the Plan Supplement; and (c) explain how parties may obtain copies of the Plan Supplement.

**Binding nature of the Plan: If confirmed, the Plan will bind all Holders of Claims and Interests to the maximum extent permitted by applicable law, whether or not such Holder will receive or retain any property or interest in property under the Plan, has filed a Proof of Claim in these Chapter 11 Cases, or failed to vote to accept or reject the Plan or voted to reject the Plan.**

Dated: August 20, 2021, */s/ Domenic E. Pacitti*, Domenic E. Pacitti (DE Bar No. 3989), Michael W. Yurkewicz (DE Bar No. 4165), Sally E. Veghte (DE Bar No. 4762), **KLEHR HARRISON HARVEY BRANZBURG LLP,** 919 North Market Street, Suite 1000, Wilmington, Delaware 19801, Telephone: (302) 426-1189, Facsimile: (302) 426-9193, Email: dpacitti@klehr.com, myurkewicz@klehr.com, sveghte@klehr.com -and- Morton R. Branzburg (admitted *pro hac vice*), **KLEHR HARRISON HARVEY BRANZBURG LLP,** 1835 Market Street, Suite 1400, Philadelphia, Pennsylvania 19103, Telephone: (215) 569-3007, Facsimile: (215) 568-6603, Email: mbranzburg@klehr.com, -and- **KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP,** Joshua A. Sussberg, P.C. (admitted *pro hac vice*), Allyson Smith (admitted *pro hac vice*), 601 Lexington Avenue, New York, New York 10022, Telephone: (212) 446-4800, Facsimile: (212) 446-4900, Email: joshua.sussberg@kirkland.com, Email: allyson.smith@kirkland.com -and- **KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP,** Alexandra Schwarzman (admitted *pro hac vice*), 300 North LaSalle Street, Chicago, Illinois 60654, Telephone: (312) 862-2000, Facsimile: (312) 862-2200, Email: alexandra.schwarzman@kirkland.com, *Co-Counsel to the Debtors and Debtors in Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Alex and Ani, LLC (8360); A and A Shareholding, Co., LLC (7939); Alex and Ani International, LLC (2247); Alex and Ani Retail, LLC (1227); Alex and Ani Assembly, LLC (3215); Alex and Ani California, LLC (6368); Alex and Ani Canada, LLC (3317); Alex and Ani Puerto Rico, LLC (1477); and Alex and Ani South Seas, LLC (8592). The Debtors' headquarters and mailing address is: 10 Briggs Drive, East Greenwich, RI 02818.

[2] Capitalized terms used and not defined have the meanings given to them in the Disclosure Statement and Plan, as applicable.

**GET NOTICED!**

Advertise in USA TODAY's Marketplace!

**To Advertise, Call: 1-800-397-0070**

### LEGAL NOTICE

**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

**IN THE MATTER OF: DELAWARE TRUST COMPANY AND WELLS FARGO BANK, N.A., AS INDENTURE TRUSTEES, REGARDING CERTAIN SENIOR COLLATERALIZED SUBORDINATED NOTES ISSUED BY AMERICAN BUSINESS FINANCIAL SERVICES, INC.**

**C.A. No. 2021-0696-JRS**

**NOTICE OF VERIFIED PETITION FOR INSTRUCTIONS AND RELATED RELIEF**

**YOU ARE HEREBY GIVEN NOTICE** of the filing of a Verified Petition for Instructions and Related Relief (the "**2021 Petition**") in the Court of Chancery of the State of Delaware (the "**Chancery Court**") on August 13, 2021 seeking direction and authorization from the Chancery Court regarding proposed distributions to holders (the "**Noteholders**") of Senior Collateralized Subordinated Notes (the "**Notes**") issued by American Business Financial Services, Inc. ("**ABFS**") and related matters.

**The Indenture Trustees**

Delaware Trust Company ("**Delaware Trust**") is the successor Indenture Trustee to U.S. Bank National Association (the "**Original Indenture Trustee**")[1] under the Indenture, dated as of December 31, 2003, pursuant to which ABFS issued certain Senior Collateralized Subordinated Notes. Wells Fargo Bank, N.A. ("**Wells Fargo**" and, along with Delaware Trust, the "**Indenture Trustees**") is the successor Indenture Trustee to the Original Indenture Trustee under the Indenture, dated as of June 30, 2004, pursuant to which ABFS issued other Senior Collateralized Subordinated Notes.

**The ABFS Bankruptcy Proceedings**

On January 21 and January 25, 2005, ABFS and certain of its affiliates (the "**Debtors**") filed voluntary petitions for relief (the "**Bankruptcy Cases**") under title 11, chapter 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). On May 17, 2005, the Bankruptcy Court converted the Bankruptcy Cases to cases under chapter 7 of the Bankruptcy Code and appointed a Chapter 7 Trustee for the Debtors' estates.

**The 2021 Petition**

On August 13, 2021, the Indenture Trustees filed the 2021 Petition submitting for the Chancery Court's consideration several requests for relief pertaining to proposed distributions to certain Noteholders and seeking the entry of a proposed Final Judgment Order (the "**Proposed Final Judgment Order**") granting the 2021 Petition and related relief requested therein.

**YOUR RIGHTS MAY BE AFFECTED BY THE 2021 PETITION AND THE PROPOSED FINAL JUDGMENT ORDER.**

**To obtain a copy of the 2021 Petition and the Proposed Final Judgment Order, you may visit the Indenture Trustees' webpage at www.epiq7.com/abfs or you may contact the Indenture Trustees' Distribution Agent, Epiq Systems, Inc. at 877-810-7250, during the hours of 8:00 a.m. to 6:00 p.m., Prevailing Eastern Time.**

**Hearing on the 2021 Petition and Objection Procedures**

On August 24, 2021, the Chancery Court entered an Order Approving Form and Manner of Notice, Setting Objection Deadline, and Scheduling Hearing (the "**Preliminary Order**"). The Preliminary Order provides that the Chancery Court will conduct a telephonic hearing on October 29, 2021 at 3:00 p.m. (Prevailing Eastern Time) to consider the 2021 Petition (the "**Hearing**"). The deadline to file an objection to the 2021 Petition with the Chancery Court is October 15, 2021 (the "**Objection Deadline**"). The Hearing may be adjourned from time to time without further notice.

**If you do not object to the 2021 Petition or the terms of the Proposed Final Judgment Order, you need not take any action in advance of the Hearing.**

**IF YOU OBJECT TO THE 2021 PETITION OR THE PROPOSED FINAL JUDGMENT ORDER, YOU MUST FILE A WRITTEN OBJECTION WITH THE REGISTER IN CHANCERY, NEW CASTLE COUNTY COURTHOUSE, 500 NORTH KING STREET, WILMINGTON, DELAWARE 19801, ON OR BEFORE THE OBJECTION DEADLINE, AND SERVE A COPY OF YOUR OBJECTION VIA FIRST CLASS MAIL, POSTAGE PREPAID, OR BY OVERNIGHT COURIER, ON THE FOLLOWING COUNSEL FOR THE INDENTURE TRUSTEES:** Scott James Leonhardt, **THE ROSNER LAW GROUP LLC**, 824 N. Market Street, Suite 810, Wilmington, DE 19801.

If you file an objection to the 2021 Petition and/or the Proposed Final Judgment Order, you must appear telephonically before the Court on the date of the Hearing to prosecute such objection and will be provided with instructions on how to participate in the Hearing. **If no written objections to the 2021 Petition or the Proposed Final Judgment Order are properly filed and served by the Objection Deadline, the Chancery Court may grant the relief requested in the 2021 Petition and enter the Proposed Final Judgment Order without further notice or hearing.**

Please do not contact the Indenture Trustees in writing or by telephone regarding any objection you may have to the 2021 Petition or Proposed Final Judgment Order. Contacting the Indenture Trustees will not take the place of filing a written objection with the Chancery Court and will not preserve your rights regarding the 2021 Petition or the Proposed Final Judgment Order.

**Further Information**

If you would like further information regarding the 2021 Petition and the Proposed Final Judgment Order, you may visit the Indenture Trustees' webpage at www.epiq7.com/abfs or you may contact the Indenture Trustees' Distribution Agent, Epiq Systems, Inc. at 877-810-7250, during the hours of 8:00 a.m. to 6:00 p.m., Prevailing Eastern Time.

**PLEASE DO NOT CONTACT THE INDENTURE TRUSTEES OR THE CHANCERY COURT REGARDING THIS NOTICE.**

[1] Delaware Trust Company became Indenture Trustee under the 2003 Indenture effective as of December 6, 2016, as a result of its acquisition of substantially all the assets of Law Debenture Trust Company of New York, the former successor Indenture Trustee under the 2003 Indenture.

**NOTICE TO THE SHAREHOLDERS OF KAMI MINE LIMITED PARTNERSHIP ("KAMI LP"), KAMI MINE GENERAL PARTNER LIMITED ("KAMI GP"), AND ALDERON IRON ORE CORP. ("ALDERON") (COLLECTIVELY THE "KAMI GROUP OF COMPANIES")**

Pursuant to the Claims Procedure Order issued on August 13, 2021, Deloitte Restructuring Inc. ("Deloitte") in its capacity as receiver and manager of the Kami Group of Companies has been authorized to carry out a claims process for shareholders.

The Claims Procedure Order directs the Receiver to solicit claims from all shareholders in respect of the Kami Group of Companies (a "Shareholder") for the purposes of identifying those shareholders with valid claims in respect of the Kami Group of Companies (a "Share Claim"), and determination of such Share Claims.

Any Shareholder having a Share Claim in respect of the Kami Group of Companies arising on or before June 17, 2020, is required to file a Shareholder Proof of Claim in the prescribed form with the Receiver on or before 5:00 p.m. (Mountain Time) on November 30, 2021 (the "Shareholder Claims Bar Date") in order to participate in any distribution associated with these proceedings.

Additional details with respect to the claims process and additional information about the receivership proceedings are available on the Receiver's website at www.insolvencies.deloitte.ca/en-ca/pages/Kami-Mine.

Deloitte Restructuring Inc.
700, 850 - 2nd Street S.W., Calgary AB T2P 0R8
Tel: 403-503-01423, Fax: 403-718-3681
Email: naomimcgregor@deloitte.ca
www.deloitte.ca

Deloitte.

**ONE CALL DOES IT ALL!**

Advertise in USA TODAY's Marketplace!

**Call:1-800-397-0070**